*Ty D. Frankel (027179)*
*tfrankel@bffb.com*
*Andrew S. Friedman (005425)*
*afriedman@bffb.com*
*Bonnett Fairbourn Friedman & Balint, P.C.*
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Stephen T. Etheredge (admitted pro hac vice)*
*setheredge@graceba.net*
*Dustin J. Fowler (admitted pro hac vice)*
*DustinJFowler@hotmail.com*
*Buntin, Etheredge & Fowler*
*P.O. Box 1193*
*Dothan, Alabama 36302*
*Telephone: (334) 793-3377*

*Derek E. Yarbrough (admitted pro hac vice)*
*dey@graceba.net*
*Motley, Motley & Yarbrough, LLC*
*117 East Main Street*
*Dothan, AL 36301*
*Telephone: (334) 793-0051*
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Crystal Jackson, | Case No.: 17-cv- 277-PHZ-JJT (DKD) |
| Plaintiff, | |
| vs. | |
| Inmate Services Corporation, et al., | **PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER** |
| Defendants. | |

Comes now the Plaintiff, by and through her undersigned counsel, and moves the Court to amend the Case Management Order [Document 26] to extend all dates for the disclosure of expert witnesses pursuant to Rule 26(a)(2)(A)-(C) sixty (60) days from the dates currently set forth in the Case Management Order and as grounds therefor states as follows:

1

2      1.     Plaintiff's counsel have delayed determination as to the necessity of expert

3 testimony for the orderly presentation of this case in an effort to avoid unnecessary expenses

4 which could hinder the resolution of this matter.

5      2.     The parties have taken numerous depositions and presently have scheduled

6 several additional depositions, all intended to fully develop the facts in this case and provide

7 the basis for expert opinion if deemed necessary.

8      3.     There is sufficient time prior to the trial of this matter such that an extension

9 of sixty (60) days will not unduly prejudice any party or counsel.

10      4.     Defendants counsel have advised that they have no objection to the Plaintiff's

11 request for the extension.

12      WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of

13 sixty (60) days from the currently date for the identification of expert witnesses and the

14 production of the written report as required by Rule 26(a)(2)(A)-(C) and the Case

15 Management Order in this case.

16

17                                /s/ Stephen T. Etheredge

                                     Stephen T. Etheredge

18                                Dustin J. Fowler

                                     Buntin, Etheredge & Fowler

19                                P.O. Box 1193

                                     Dothan, Alabama 36302

20                                Telephone: (334) 793-3377

                                     Attorneys for Plaintiff

21                                Admitted Pro Hac Vice

22

23                                /s/ Ty D. Frankel (with permission)

                                     Ty D. Frankel

24                                Andrew S. Friedman

                                     Bonnett Fairbourn Friedman & Balint, P.C.

25                                2325 E. Camelback Road, Suite 300

                                     Phoenix, Arizona 85016

26                                Attorneys for Plaintiff

27

28

1
/s/ Derek E. Yarbrough (with permission)
Derek E. Yarbrough
2
Motley, Motley & Yarbrough, LLC
117 East Main Street
3
Dothan, AL 36301
Attorneys for Plaintiff
4
Admitted Pro Hac Vice

5

6

7

8
### **CERTIFICATE OF SERVICE**

9
        I hereby certify that I have on this the 18th day of May, 2018, that a copy of the foregoing has
10
been served upon the following via filing with the CM/ECF.:

11
Richard Mear
The Cavanagh Law Firm
12
1850 North Central Avenue
Suite 2400
13
Phoenix, AZ 85004-4527
Attorney for Defendant Inmate Services Corporation
14

15
Michael E. Hensley
John David Lierman
16
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue
17
Suite 2700
Phoenix, AZ 85004
18
Attorneys for Defendant Ryan Moore

19

20
Alicyn M. Freeman
Jessica J. Kokal,
Broening Oberg Woods & Wilson, P.C.
21
P.O. Box 20527
Phoenix, AZ 85036
22
Attorneys for Defendant Chris Weiss

23

24

25
*/s/ Stephen T. Etheredge*
Stephen T. Etheredge
26

27

28