LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Alicyn M. Freeman/Bar No. 023916
E-mail: amf@bowwlaw.com
Jessica J. Kokal/Bar No. 029042
E-mail: jjk@bowwlaw.com

Attorneys for Defendant Chris Weiss

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Jackson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Inmate Services, Corp.; Chris Weiss and Jane Doe Weiss; and Ryan Moore and John Doe Moore,<br><br>　　　　　　Defendants. | CV-17-1277-PHX-JJT (DKD)<br><br>**NOTICE OF DEPOSITION OF RAY LITTLE, LPC, CCMHC** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 Arizona Rules of Civil Procedure, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below:

**PERSON(S) TO BE EXAMINED:**     Ray Little, LPC, CCMHC

**DATE AND TIME OF DEPOSITION:**  July 19, 2018 at 10:00AM

**PLACE OF DEPOSITION:**          Buntin, Etheredge & Fowler, LLC
　　　　　　　　　　　　　　　　185 N. Oates Street
　　　　　　　　　　　　　　　　Dothan, AL 36302

1  Said deposition(s) will be taken before a certified reporter, authorized to administer oaths.
2  Said deposition(s) will be taken under the provisions of Rule 30 of the Arizona Rules of
3  Civil Procedure and is based on the records and files in the above-entitled action.
4      NOTICE IS HEREBY GIVEN that said deponent's deposition transcript may be
5  the official record and may be used in lieu of testimony at the time of trial of the above-
6  entitled matter.  If for any reason said deposition is not completed on said date, the taking
7  thereof will continue from day to day, excluding Sundays and holidays until completed.
8      IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY,
9  NOTICE OF SAME MUST BE GIVEN WITHIN FIVE DAYS BEFORE DEPOSITION
10 DATE, AND THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED.
11     PLEASE TAKE FURTHER NOTICE that, pursuant to Rules of Civil Procedure,
12 Rule 30(b)(4), Defendant intends to record said deposition stenographically.
13     The deponent is requested to produce five days prior to the deposition the
14 following documents, papers, or tangible things:
15     1.    A copy of your entire file regarding the above referenced case, including
16 but not limited to, the documents listed in (a) through (h) below:
17         a.    A listing of all documents, records and writings furnished or
18 supplied to you by plaintiffs or their attorneys at any time since your initial contact with
19 plaintiffs or their attorneys through the date of your deposition.  (However, if there are
20 handwritten notations, underlining, asterisks, etc., on the actual documents which you
21 have made, then a copy of those actual pages should be produced.)
22         b.    All correspondence between you and any plaintiffs or their attorneys
23 pertaining to this litigation.
24         c.    Any and all reports prepared by you with respect to this litigation.
25         d.    Your time records and billing invoices which refer to or state the
26

T:\DOCS\31416\002\DEPO\16N1750.DOCX

1  amount of time you have spent in this litigation and the services you have rendered.

2     e. Any and all documents or writings reviewed by you in rendering
3  your opinions in this action.

4     f. All documents or writings which you have supplied or furnished to
5  plaintiffs or their attorneys relating to this litigation.

6     g. All standards, policies and procedures which you have reviewed or
7  upon which you have relied in forming and/or rendering your opinions with respect to the
8  facts or issues which are the subject of this litigation.

9     h. Any and all referenced materials including medical textbooks,
10 medical or other literature, periodical or treatises, or any extracts thereof, which you have
11 reviewed or upon which you have relied on in forming and/or rendering your opinions
12 with respect to the facts or issues which are the subject of this litigation.

13   2. A list of cases in which you have given trial or deposition testimony,
14 including the names of the attorneys involved, the names of the attorneys who retained
15 you to testify, whether you testified on behalf of the plaintiff or defendant and the issues
16 involved in the case.

17   3. Deposition and trial transcripts that are the subject of No. 2 above.

18   4. All notes, memoranda, handwritten notes, records, logs, journals,
19 correspondence, e-mail correspondence, summaries of the correspondence, summaries or
20 notes of interviews or telephone conversations, reports, charts, diagnostic tools, or other
21 tangible materials relied upon or reviewed by you relating to this litigation, the facts and
22 subject matter of this litigation, or your opinions or any communications relating to this
23 matter.

24   5. Any and all documents to which you may refer in order to refresh your
25 memory or otherwise answer questions at your deposition or at trial regarding the facts or

26

T:\DOCS\31416\002\DEPO\16N1750.DOCX

1 issues which are the subject matter of this litigation, or your opinions relating thereto.

2     6.    All timelines and summaries furnished to you by plaintiffs or their
3 attorneys pertaining to the facts or issues which are the subject of this litigation.

4     7.    All articles, reports, studies and other writings which you have authored,
5 co-authored or participated in writing, which you believe are or may be relevant to the
6 issues about which you will testify in this litigation.

7

8 RESPECTFULLY SUBMITTED this 11th day of July, 2018.

9                 BROENING OBERG WOODS & WILSON, P.C.

10

11         By    /s/*Jessica J. Kokal* _____
12               Alicyn M. Freeman
              Jessica J. Kokal
13               *Attorneys for Defendant Chris Weiss*

14 **CERTIFICATE OF SERVICE**

15 I hereby certify that on July 11, 2018 I electronically transmitted the attached
16 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
17 Notice of Electronic Filing to the following CM/ECF registrants:

18 Andrew S. Friedman
19 Ty Derek Frankel
20 Bonnett, Fairbourn, Friedman & Balint, PC
2325 E. Camelback Road, Suite 300
21 Phoenix, AZ 85016
*Attorney to Plaintiff*
22
23 Derek E Yarbrough
Motley Motley & Yarbrough LLC
24 117 E Main St.
Dothan, AL 36301
25 *Attorney to Plaintiff*
26

- 4 -

T:\DOCS\31416\002\DEPO\16N1750.DOCX

1  Dustin Judd Fowler
   Buntin Etheredge & Fowler LLC
2  185 N Oates St.
3  Dothan, AL 36302
   *Attorney to Plaintiff*
4
   Stephen T Etheredge
5  Buntin Etheredge & Fowler LLC
   185 N Oates St.
6  Dothan, AL 36302
   *Attorney to Plaintiff*
7
   John David Lierman
8  Michael E. Hensley
   Jones Skelton & Hochuli PLC
9  40 N Central Ave., Ste. 2700
   Phoenix, AZ 85004
10 *Attorney for Defendant Ryan Moore*

11 Richard Woods
   The Cavanagh Law Firm, P.A.
12 1850 N. Central Ave., Suite 2400
13 Phoenix, Arizona 85004
   *Attorney for Defendant Inmate Services Corporation*
14

15
    By */s/Gina Barrera*
16

17

18

19

20

21

22

23

24

25

26

- 5 -