IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Jackson, | No. CV-17-1277-PHX-JJT (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| Inmate Services Corporation, *et al.*, | |
| Defendants. | |

Plaintiff's Complaint was filed April 28, 2017, and included Unknown Jane Doe Weiss and Unknown John Doe Moore as Defendants. As stated in the Court screening order dated May 12, 2017, it appears that Unknown Weiss and Unknown Moore were named for "marital community purposes only, and does not make any allegations against them in the Complaint" (Doc. 7 at fn 3). On July 2, 2018, the Court issued an order to show cause why the claims against these Defendants should not be dismissed without prejudice for lack of prosecution (Doc. 73). There being no response to the order to show cause and further appearing that no specific allegations have been made against these Unknown Defendants, the Court will dismiss these Defendants from this matter. Accordingly,

**IT IS ORDERED** dismissing without prejudice Unknown Jane Doe Weiss and Unknown John Doe Moore as Defendants.

Dated this 1st day of August, 2018.

Honorable John J. Tuchi
United States District Judge