# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Crystal Jackson,

    Plaintiff,

v.

Inmate Services Corporation, et al.,

    Defendants.

No. CV-17-01277-PHX-JJT (JZB)

**ORDER**

Pending before the Court is "Plaintiff's Unopposed Motion to Amend Case Management Order." (Doc. 157.) Plaintiff requests and additional 90 days for the completion of fact discovery, however, the Court does not find just cause for such a lengthy extension. The Court will grant Plaintiff an additional 60 days to complete fact discovery.

Accordingly,

**IT IS ORDERED**:

1. The Motion (Doc. 157) is **granted** as provided in this Order.
2. The deadlines in this matter are extended as follows:
   - The deadline for completing fact discovery, including discovery by subpoena, shall be **April 15, 2019**.
   - Expert depositions shall be completed no later than **April 15, 2019**.
   - Fact Witnesses and all other depositions shall be completed no later than **April 8, 2018**.

- Dispositive motions shall be filed no later than **May 13, 2019**.
- All counsel shall engage in good faith settlement talks no later than **April 22, 2019**.

3. All other orders and deadlines in the Court's August 29, 2018 Order are affirmed.

Dated this 19th day of February, 2019.

Honorable John Z. Boyle
United States Magistrate Judge