1  *Ty D. Frankel (027179)*
   *tfrankel@bffb.com*
2  *Andrew S. Friedman (005425)*
   *afriedman@bffb.com*
3  *Bonnett Fairbourn Friedman & Balint, P.C.*
   *2325 E. Camelback Road, Suite 300*
4  *Phoenix, Arizona 85016*
   *(602) 274-1100*
5

6  *Stephen T. Etheredge (admitted pro hac vice)*
   *setheredge@graceba.net*
   *Dustin J. Fowler (admitted pro hac vice)*
7  *DustinJFowler@hotmail.com*
   *Buntin, Etheredge & Fowler*
8  *P.O. Box 1193*
   *Dothan, Alabama 36302*
9  *Telephone: (334) 793-3377*

10 *Derek E. Yarbrough (admitted pro hac vice)*
   *dey@graceba.net*
11 *Motley, Motley & Yarbrough, LLC*
   *117 East Main Street*
12 *Dothan, AL 36301*
   *Telephone: (334) 793-0051*
13 *Attorneys for Plaintiffs*

14 *[See additional counsel on signature page]*

15

## IN THE UNITED STATES DISTRICT COURT

16

## DISTRICT OF ARIZONA

17

18 Crystal Jackson,                          Case No.: 17-cv- 1277-PHZ-JJT (JZB)

19              Plaintiff,

20 vs.

21 Inmate Services Corporation,
   et al.,                                  **JOINT REPORT OF**
22                                          **SETTLEMENT DISCUSSIONS**
              Defendants.
23

24      Pursuant to the Amended Case Management Order (Document 167), the parties

25 hereby submit the following Joint Report of Settlement Discussions:

26      1.   On October 22, 2018, the parties met in Little Rock, Arkansas for a joint

27

28                                          -1-

1. mediation of this action in combination with other actions pending against the Defendant Inmate Services. The joint mediation was unsuccessful.

2. The parties are engaged in on-going settlement negotiations, however, as of the date of this Report no settlement has been reached.

3. Court assistance in the form of a magistrate settlement conference may prove beneficial the settlement process.

DATED this the 22nd day of May, 2019.

/s/ *Stephen T. Etheredge*
Stephen T. Etheredge
Dustin J. Fowler
Buntin, Etheredge & Fowler
P.O. Box 1193
Dothan, Alabama 36302
Telephone: (334) 793-3377
Attorneys for Plaintiff
Admitted Pro Hac Vice

/s/ Ty D. Frankel (with permission)
Ty D. Frankel
Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Attorneys for Plaintiff

/s/ Derek E. Yarbrough (with permission)
Derek E. Yarbrough
Motley, Motley & Yarbrough, LLC
117 East Main Street
Dothan, AL 36301
Attorneys for Plaintiff
Admitted Pro Hac Vice

/s/ Richard Mear (with permission)
Richard Mear
The Cavanagh Law Firm
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004-4527
Attorney for Defendant Inmate Services Corporation

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Michael E. Hensley (with permission) |
|   | Michael E. Hensley |
| 3 | John David Lierman |
|   | Jones, Skelton & Hochuli, P.L.C. |
| 4 | 40 North Central Avenue |
|   | Suite 2700 |
| 5 | Phoenix, AZ 85004 |
|   | Attorneys for Defendant Ryan Moore |
| 6 |   |
|   | /s/ Jessica Kobal (with permission) |
| 7 | Alicyn M. Freeman |
|   | Jessica J. Kokal, |
| 8 | Broening Oberg Woods & Wilson, P.C. |
|   | P.O. Box 20527 |
| 9 | Phoenix, AZ 85036 |
|   | Attorneys for Defendant Chris Weiss |

-3-