
THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Richard W. Mear, SBN 0024739
Rmear@cavanaghlaw.com
Levi T. Claridge, SBN 032582
Lclaridge@cavanaghlaw.com
Attorneys for Defendant Inmate Services Corp.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Jackson, | NO. 2:17-CV-01277-JJT-DKD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Inmate Services, Corp.; Chris Weiss and Jane Doe Weiss; and Ryan Moore and John Doe Moore, | (Assigned to Magistrate Judge Honorable Deborah M. Fine) |
| Defendant. | |

    Defendant Inmate Services, Corp. ("ISC"), through undersigned counsel, hereby gives notice that the parties have reached a settlement of all issues for all parties in the above-captioned action. Counsel are preparing settlement documents and will be filing a stipulation to dismiss this lawsuit with prejudice.

    Counsel also advised the Court that there are no hearings currently scheduled, but there are motions for summary judgment pending and a motion to exclude pending. These motions are now moot due to the settlement.

    DATED this 24th day of June, 2019.

    THE CAVANAGH LAW FIRM, P.A.

    By: /s/ *Richard W. Mear*
        Richard W. Mear
        Levi T. Claridge
        *Attorneys for Defendant Inmate Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: /s/ *Darlene Dahl*